```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
LEODEGARIO NARCISO CABRERA, :
:
Plaintiff, :   1:24-cv-6089-GHW
:
-v- :   ORDER
:
PETER LIRIDONI PIZZA INC., *et al.*, :
:
Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

WHEREAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Liridoni Pizza Restaurant, Inc. (incorrectly named as Peter Liridoni Pizza Inc. (d/b/a Frank's Pizza Bronx)) and Uka Haidar Hasanramaj (collectively "Defendants"), having offered to allow plaintiff Leodegario Narciso Cabrera ("Plaintiff") to take a judgment against them, in the sum of $35,000, inclusive of Plaintiff's claims, attorney's fees, interests, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated December 19, 2024, and filed as Exhibit to Docket Number 17;

WHEREAS, on December 23, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment, (Dkt. No. 17);

It is ORDERED, ADJUDGED, AND DECREED, that judgment is entered in favor of Plaintiff Leodegario Narciso Cabrera in the sum of $35,000, in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated December 19, 2024, and filed as Exhibit to Docket Number 17. The Clerk of Court is directed to enter judgment for Plaintiff and close this case.

SO ORDERED.

Dated: December 28, 2024
        New York, New York

_____
GREGORY H. WOODS
United States District Judge