**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEODEGARIO NARCISO CABRERA,
                Plaintiff,

        -against-

PETER LIRIDONI PIZZA INC., et al.,
                Defendants.
-----------------------------------------------------------X

**24 CIVIL 6089 (GHW)**

**JUDGMENT**

    It is **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated December 28, 2024, Plaintiff Leodegario Narciso Cabrera has judgment in the amount of $35,000.00 as against the Defendants Liridoni Pizza Restaurant, Inc. (incorrectly named as Peter Liridoni Pizza Inc. (d/b/a Frank's Pizza Bronx)) and Uka Haidar Hasanramaj. Accordingly, the case is closed.

**Dated:** New York, New York
         December 30, 2024

                                                   **Tammi M. Hellwig**
                                                   **Clerk of Court**
           **BY:**

                                                    **Deputy Clerk**